UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Jose Arteaga-Valenzuela )<br>)<br>Defendant. )<br>_____) | Case No. CR 94-297-RSWL-2<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING BAIL REVOCATION PROCEEDINGS<br><br>(18 U.S.C. §§ 3142(d, 3148(b)) |

Upon motion of the Government to temporarily detain defendant pending bail revocation/detention proceedings pursuant to 18 U.S.C. §§ 3142(d) and 3148(b):

A. The Court finds that defendant is, and was at the time of the offense committed, on:

(✓) release, pending trial for a felony under Federal, State or local law;

( ) release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for any offense under Federal, State, or local law; or

( ) probation or parole for any offense under Federal, State or local law; and

1     B.     The Court further finds the defendant may flee or pose a
2            danger to any other person or the community:
3            IT IS ORDERED that defendant is detained and remanded to the
4 custody of the U.S. Marshal for ten days, excluding Saturday, Sundays,
5 and holidays.
6            IT IS FURTHER ORDERED that the Government shall notify the
7 appropriate court, probation or parole official, or State or local law
8 enforcement official. If such court does not conduct revocation
9 proceedings during the foregoing ten-day period, or if the official
10 declines to take custody of defendant during the foregoing ten-day
11 period, defendant shall be entitled to a bail/detention hearing in
12 accordance with 18 U.S.C. § 3142.
13      If defendant is awaiting trial, IT IS FURTHER ORDERED that
14 defendant be confined in a corrections facility separate, to the
15 extent practicable, from persons awaiting or serving sentences or
16 persons held in custody pending appeal.
17      IT IS FURTHER ORDERED that defendant be afforded reasonable
18 opportunity for private consultation with defendant's counsel.
19 DATED:    2/21/12
20                                      HONORABLE JACQUELINE CHOOLJIAN
                                         United States Magistrate Judge